Gwenda R. Robinson, Asst. Public Defender, St. Louis, MO, for appellant.

Jeremiah W. (Jay) Nixon, Atty. Gen., Andrea Mazza Follett, Asst. Atty. Gen., Jefferson City, MO, for respondent.

Before WILLIAM H. CRANDALL, JR., P.J., KATHIANNE KNAUP CRANE, J., and ROBERT G. DOWD, JR., J.

## ORDER

Ellen H. Flottman, Asst. Public Defender, Columbia, MO, for Appellant.

Jeremiah W. (Jay) Nixon, Atty. Gen., Karen L. Kramer, Asst. Attorney General, Jefferson City, MO, for Respondent.

Before THOMAS H. NEWTON, P.J., HAROLD L. LOWENSTEIN, and JAMES M. SMART, Jr., JJ.

### Order

PER CURIAM:

Larry Streu appeals his conviction of first-degree murder in connection with the death of his mother, Edis Streu. He complains of trial court error in evidentiary rulings and rulings as to closing argument. Having carefully considered the contentions on appeal, we affirm by summary order. A formal opinion would lack jurisprudential value. A memorandum is furnished to the parties concerning the reasons for our decision. Judgment is affirmed. Rule 30.25(b).

---

**STATE of Missouri, Respondent,**

v.

**Larry C. STREU, Appellant.**

**No. WD 58571.**

Missouri Court of Appeals,
Western District.

Submitted Aug. 7, 2001.

Decided Sept. 25, 2001.

Motion for Rehearing and/or Transfer to Supreme Court Denied Oct. 30, 2001.